UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>CHARLES J. SCHOEFER<br><br>                              Defendant | CIVIL NO. 18-03822 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on September 06, 2018.  The summons issued on September 06, 2018 was not received by our office.

Respectfully submitted,

KML Law Group, P.C.


By:   /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff<br><br>vs.<br><br>CHARLES J. SCHOEFER<br><br>     Defendant | CIVIL NO. 18-03822 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

    CHARLES J. SCHOEFER
    327 Winona Street
    Philadelphia, PA 19144-3924

by mailing a true and correct copy thereof, postage prepaid, on this 7 day of November, 2018.

            Respectfully submitted,
            KML Law Group, P.C.

            By: _____
            Paul Dilla, Legal Assistant
            Suite 5000 – BNY Independence Center
            701 Market Street
            Philadelphia, PA 19106-1532
            215-627-1322