# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-3822 |
| v. | : | |
| CHARLES J. SCHOEFER, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of January, 2019, Plaintiff is **ORDERED** to **SHOW CAUSE** on or before **January 14, 2019** why the case should not be dismissed for failure to serve the Complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 1/4/2019

1