

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

V.

CHARLES J. SCHOEFER A/K/A CHARLES SCHOEFER A/K/A C.J. SCHOEFER; et al.
**Defendant (Respondent)**

CASE and/or DOCKET No.: 18-03822

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CHARLES J. SCHOEFER the above process on the 18 day of March, 2019, at 11:19 o'clock, A M, at 327 WINONA STREET PHILADELPHIA, PA 19144, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:
1) _____   2) _____   3) _____

Commonwealth/State of _Pa_
County of _Berks_        ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184702
Case ID #: 5466283

Subscribed and sworn to before me this _19_ day of _March_, 20_19_.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554