UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>**CHARLES J. SCHOEFER** a/k/a<br>**CHARLES SCHOEFER** a/k/a **C.J. SCHOEFER**<br><br>Defendant | CIVIL NO. 18-03822<br><br>FILED<br>APR 8 2019<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

## MOTION TO DISMISS UNDER RULE 12(b) FOR INSUFFICIENT SERVICE OF PROCESS

The defendant moves to dismiss the action because:

1. the defendant has not been properly served, as shown by the attached affidavit.
2. the defendant is personally within the Eastern District of Pennsylvania.
3. defendant lacks knowledge or information sufficient to form a belief about the truth of plaintiff's allegation that it attempted personal service at his domiciliary address, 327 Winona Street, Philadelphia, PA 19144-3924, of fifty-two (52) years by a private process server.

4. defendant lacks knowledge or information sufficient to form a belief about what the process server advised the plaintiff and did or did not do at the property. The property records would indicate to anyone the property is owned by me since 1967. If there was "no answer" it was probably because I was out or possibly asleep.

5. defendant does not contest what Pa.R.C.P. 402(a) and Fed.R.Civ.P. 4(e)(1) or Pa.R.C.P. 430(a) provide regarding original process, but denies absolutely that he has concealed his whereabouts or otherwise obstructed service of process.

6. defendant lacks knowledge or information to form a belief about what plaintiff did thereafter to "make a good faith effort to locate him. The neighbor "confirmed" that I lived there," but he is in and out all the time," Everybody is "in and out all the time" of where they live. There is nothing ominous or nefarious about it.

7. Plaintiff is correct and defendant admits that "There are no other alternate addresses for Defendant", but denies that, "therefore Defendant cannot be personally served within the Eastern District of Pennsylvania or anywhere." In fact in an unrelated legal matter, defendant is the appellant in an administrative appeal of a decision by the Board of Revision of Taxes to the Common Pleas Court of Philadelphia and is required to serve the Board, the City of Philadelphia Law Department, Tax Unit, and the Office of General Counsel of the School District of Philadelphia by Certified Mail/Return Receipt Requested. See Defendant Affidavit of Service in that case. Defendant has Proof of Service in the Court of Common Pleas case. The Plaintiff does <u>not</u> have it in the instant case.

WHEREFORE, Defendant respectfully moves this Court to dismiss the case because the defendant has not been properly served, as shown by the attached affidavits of defendant.

Respectfully submitted,

By: *Charles Schoeter*, pro se
327 Winona Street
Philadelphia, PA 19144
(215) 279-3947

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>CHARLES J. SCHOEFER<br><br>Defendant | CIVIL ACTION NO.<br>18-03822 |

**AFFIDAVIT**

I, Charles Schoefer, pro se, depose and state that the following is true and correct to the best of my knowledge and is based upon defendant's personal knowledge and experience:

1. Plaintiff did not attempt to effectuate service of a Summons and complaint on the Defendant through diligent and intelligent efforts. The property has been Defendant's domicile for fifty-two (52) years and he has the right to go about his daily life "in and out" of his home "all the time" if he wants.

2. Plaintiff's investigation revealed no new address for the Defendant. That's because he doesn't have any.

3. Plaintiff's attempts to use a "private process server" from forty (40) to sixty (60) miles away in Berks County was foolish and silly! Plaintiff could have simply mailed the Summons and Complaint in Enforced Collections to the Defendant by registered mail/return receipt requested. The Plaintiff has had forty (40) years to do it.

4. Defendant obviously can be located. It is absolutely not imposible.

5. Plaintiff has made little to no effort to locate the Defendant for over forty (40) years and he can be easily found within the Eastern District of Pennsylvania.

## DEFENDANT AFFIDAVIT OF SERVICE



IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

Appeal of

Charles Schoefer

*Appellant*

**MARCH 2019** *Term,* 2019

No. **001036**

From the decision of:
THE BOARD OF REVISON OF TAXES
OF THE CITY OF PHILADELPHIA

BRT NO. 124065100

### STANDING ORDER
### *MARKET VALUE ASSESSMENT APPEAL*

**TO THE APPELLANT:**

1. **Service**: Appellant must serve a copy of the appeal papers and a copy of this Order on each of the following parties, except themselves, by certified mail/return receipt requested. These copies must be served within **twenty (20) days** of the date of this Order.

    a. Property Owner (unless Appellant)

    b. The Board of Revision of Taxes      Curtis Center, Suite 325 East
                                            601 Walnut Street
                                            Philadelphia, PA 19106

    c. The City of Philadelphia             The Municipal Services Building
       Law Department Tax Unit              1401 JFK Boulevard, 5th Floor
                                            Philadelphia, PA 19102
                                            (Attn: Anthony Barreca)

    d. Office of General Counsel            440 North Broad Street, 3rd Floor
       The School District of Philadelphia  Philadelphia, PA 19130

*Note: Failure to serve the above appeal papers upon any of the above offices or parties may result in the dismissal of your appeal. Keep your return receipts. Appellant must present proofs of service by return receipts which are available from the Post Office.*

In Re Appeal Of Schoefer Charles-CMOIS



19030103600002

MVA BRT appeal - CMO - rev 11 29-18

**Receipt 1 (top):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of General Counsel
School District of Phila.
440 North Broad St, 3rd Floor
Philadelphia, PA 19130

9590 9402 4218 8121 5552 04

Article Number (Transfer from service label)
7017 3380 0000 9205 3314

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X Mark [signature] — ☐ Agent ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

**Certified Mail Receipt (right, top):**
7017 3380 0000 9205 3314
U.S. Postal Service CERTIFIED MAIL® RECEIPT — Domestic Mail Only
Certified Mail Fee $3.50
Extra Services & Fees: Return Receipt (hardcopy) $___; Return Receipt (electronic) $___; Certified Mail Restricted Delivery $___; Adult Signature Required $___; Adult Signature Restricted Delivery $___
Postage $0.55
Total Postage and Fees $4.05
Sent To: Office of General Counsel, School District of Phila.
Street and Apt. No.: 440 North Broad Street, 3rd Floor
City, State, ZIP+4: Philadelphia, PA 19130
Postmark: MAR 23 2019 — PHILADELPHIA PA 19104 — 03/23/2019

---

**Receipt 2 (middle):**

SENDER: COMPLETE THIS SECTION
1. Article Addressed to:

Board of Revision of Taxes
Curtis Center, Suite 325 East
601 Walnut Street
Philadelphia, PA 19106

9590 9402 4218 8121 5551 74

Article Number: 7017 3380 0000 9205 3291

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X — ☑ Agent ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

RECEIVED APR 1 2019 — CITY OF PHILADELPHIA BOARD OF REVISION OF TAXES

3. Service Type: (same options as above)

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**Certified Mail Receipt (right, middle):**
7017 3380 0000 9205 3291
Certified Mail Fee $3.50; Postage $0.55; Total $4.05
Sent To: Board of Revision of Taxes
Street: Curtis Center, Suite 325 East, 601 Walnut St.
City: Philadelphia, PA 19106
Postmark: MAR 23 2019 — PHILADELPHIA PA 19104 — 03/23/2019

---

**Receipt 3 (bottom):**

SENDER: COMPLETE THIS SECTION
1. Article Addressed to:

City of Philadelphia
Law Department, Tax Unit
Municipal Services Bldg.
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

9590 9402 4218 8121 5552 11

Article Number: 7017 3380 0000 9205 3307

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X — Department of Revenue Law Revenue Bureau — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): MAR 26 2019
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

[Stamp: MOD — MAR 30 — PHILA PA]

3. Service Type: (same options)

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**Certified Mail Receipt (right, bottom):**
7017 3380 0000 9205 3307
Certified Mail Fee $3.50; Postage $0.55; Total $4.05
Sent To: City of Phila. Law Dept. Tax Unit
Street: Municipal Services Bldg., 1401 JFK Blvd, 5th Fl
City: Philadelphia, PA 19102 — Attn: Arthur Bowers
Postmark: MAR 23 2019 — PHILADELPHIA PA 19104 — 03/23/2019

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | CIVIL ACTION NO<br>18-03822 |
| vs. | |
| CHARLES J. SCHOEFER<br>Defendant | |

## CERTIFICATE OF SERVICE

This is to certify that, in this case, complete copies of all papers contained in the attached Motion to Dismiss Under Rule 12(b) FOR Insufficient Service of Process were served upon Plaintiff at the property address by regular mail on April 8, 2019 upon:

Respectfully submitted,

By: _____
Charles Schoefer, pro se
327 Winona Street
Philadelphia, PA 19144
(215) 279-3947



I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

By: /s/ Charles Schoefer
Charles Schoefer, pro se
327 Winona Street
Philadelphia, PA 19144
(215) 279-3947

