

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 18-03822

Sheriff's Sale Date: _____

V.

CHARLES J. SCHOEFER A/K/A CHARLES SCHOEFER A/K/A C.J. SCHOEFER; et al.
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CHARLES J. SCHOEFER the above process on the 18 day of March, 2019, at 11:19 o'clock, AM, at 327 WINONA STREET PHILADELPHIA, PA 19144, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:
1) _____   2) _____   3) _____

Commonwealth/State of _Pa_
County of _Berks_       ) SS:
                        )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184702
Case ID #:5466283

Subscribed and sworn to before me this _19_ day of _March_, 20_19_.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | SCHOEFER, CHARLES J.<br>327 Winona Street<br>Philadelphia, PA 19144-3924 | | | | | | U.S. POSTAGE ≫ PITNEY BOWES<br>ZIP 19106 $001.35<br>02 1W<br>0001403708 MAR. 14. 2019 | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | MAR 14 2019 | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |
| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | | | | | | | | | | |

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen   See Privacy Act Statement on Reverse

USA-184702   Philadelphia County   Sale Date:

CHARLES J. SCHOEFER

USA
MSS order - Kim Brumble

Kim B

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|---|
| | | Sequence Number<br>8376-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703969237905<br>9171999991703969237905 | SCHOEFER, CHARLES J.<br>327 Winona Street<br>Philadelphia, PA 19144 | ERR .<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 1<br>1 | | 0.71<br>0.71 | 4.85<br>4.85 | | | 5.56<br>5.56 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____    Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C     Certified
                                 ERR   Return Receipt

MAR 14 2019