UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

Plaintiff

vs.

CHARLES J. SCHOEFER a/k/a
CHARLES SCHOEFER a/k/a C.J.
SCHOEFER

Defendant

CIVIL NO. 18-03822

**FILED**

MAY 22 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ANSWER

The Defendant, Charles Schoefer, pro se, hereby responds to the Complaint filed by Rebecca A. Solarz of KML LAW GROUP, P.C. on behalf of the United States of America for its Agency, the United States Department of Education, and represents as follows;

1. Denied. Defendant is without sufficient information to admit or deny. The United States Department of Education does not appear to be an Agency covered by section 28 U.S.C, 1345. Strict proof is demanded.

2. Admitted. Defendant's domicilary address is and has been for over fifty-two (52) years, 327 Winona Street, Philadelphia, PA 19144. Strict proof is demanded as to why the Plaintiff and its alleged specially appointed counsel, Rebecca A. Solarz and KML LAW GROUP claims otherwise. Strict proof of this and their appointment is hereby demanded.

3. Denied. Defendant is without sufficient information to admit or deny. In addition, the so called "true and correct copy of the Certificate of Indebtedness" attached as "Exhibit 'A'" makes no arithmatical sense. Strict proof is demanded.

4. Denied. Defendant is without sufficient information to admit or deny. Again, the so called "true and correct copy" of the Certificate of Indebtedness" attached as "Exhibit 'B'" makes no arithmatical sense. Strict proof is demanded.

5 Denied. Defendant is without sufficient to admit or deny, strict proff is demanded

WHEREFOR, Defendant respecfully requests this Court to deny Plaintiff's demand for judgement against the Defendant and to dismiss its Complaint.

Respectfully submitted,

By: _____

Charles Schoefer, pro se
327 Winona Street
Philadelphia, PA 19144

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                    Plaintiff

vs.

CHARLES J. SCHOEFER
                    Defendant

CIVIL ACTION NO
18-03822

**FILED**

MAY 22 2019

By KATE BARKMAN, Clerk
_____Dep. Clerk

**CERTIFICATE OF SERVICE**

This is to certify that, in this case, copies of all papers contained in the attached ANSWER were served upon Plaintiff at the property address by regular mail on May 22, 2019. Upon:

Respectfully submitted,

By: _____

Charles Schoefer, pro se
327 Winona Street
Philadelphia, PA 19144
(215) 279-3947

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

By: *Charles Schoefer*

Charles Schoefer, pro se
327 Winona Street
Philadelphia, PA 19144
(215) 279-3947

