IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| CHARLES J SCHOEFER<br>also known as | : | No. 18-3822 |
| CHARLES SCHOEFER<br>also known as | : | |
| C.J. SCHOEFER | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, September 26, 2019. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. PLEASE REPORT TO COURTROOM 5-C.** NOTE: Arbitrators shall not participate in settlement discussions.

Kate Barkman
Clerk of Court


By: /s/ Amanda Frazier
Amanda Frazier
Deputy Clerk
Phone: (267) 299-7177

Date: May 29, 2019

Copies:   Courtroom Deputy to Judge Anita B. Brody
          Docket Clerk - Case File

   Counsel:      Rebecca Ann Solarz, Esq.

                 Charles J. Schoeffer, Pro se