UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

2019 AUG 26 P 5:26
USDC-EDPA
REC'D CLERK

UNITED STATES OF AMERICA
    Plaintiff

vs.

CHARLES J. SCHOEFER
    Defendant

CIVIL ACTION NO.
18-03822

**DEFENDANT'S REQUEST FOR ADDITIONAL TIME TO FIND COUNSEL AND RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant's request is as follows:

1. Defendant received a Notice of Arbitration Hearing from this court dated May 29, 2019 scheduling ARBITRATION at 9:30am on Thursday, September 26, 2019.

2. Defendant subsequently received Plaintiff's Motion for Summary Judgment dated July 15, 2019 which did not include any notice that he needed to respond in any particular or immediate amount of time. Instead, Defendant believed that said motion would be part of the

aforementioned scheduled arbitration on September 26, 2019.

3. Then, Defendant received two copies of this court's Order of August 12, 2019 to show cause regarding Plaintiff's aforementioned motion. One copy postmarked August 12, 2019 and the second postmarked on August 19, 2019.

4. Since receiving said copies of said Order, Defendant has tried diledgently to understand how said Motion is being used and to obtain assistance in opposing its use in the instant matter. In that regard, Defendant, in this very short period of time, has been unable to obtain counsel, since everyone he has tried to contact is either on vacation,

leaving for vacation, retired or for whatever reason has not yet returned his call.

Therefore, the Defendant respectfully requests this Court to give him thirty days of additional time to resolve this matter.

Respectfully submitted,

*[signature]*

By: Charles Schoefer, pro se
327 Winona Street
Philadelphia, PA 19144
(215) 279-3928