UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>CHARLES J. SCHOEFER<br>Defendant | 2019 AUG 27 P 8:47<br>USDC-EDPA<br>REC'D CLERK<br><br>CIVIL ACTION NO.<br>18-03822<br><br>FILED<br>AUG 27 2019<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

## CERTIFICATE OF SERVICE

This is to certify that, in this case, completed copies of all papers contained in the attached Defendant's Request for Additional Time to Find Counsel and Respond to Plaintiff's Motion for Summary Judgment were served upon Plaintiff's Counsel by regular mail at the place and address stated below, which is its last known address, on August 26, 2019:

Rebecca A. Solarz, Esq.
Pennsylvania Attorney I.D. No. 315936
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Respectfully submitted,
Charles Schoefer, pro se
Charles Schoefer, pro se

2345337313

2