IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| CHARLES J SCHOEFER | : | No. 18-3822 |
| also known as | | |
| CHARLES SCHOEFER | : | |
| also known as | | |
| C.J. SCHOEFER | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Wednesday, October 30, 2019. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. PLEASE REPORT TO COURTROOM 5-C.** NOTE: Arbitrators shall not participate in settlement discussions.

                                                                              Kate Barkman
                                                                              Clerk of Court

\*\*\*Continued from 9/26/2019; No further continuances may be arranged without court approval\*\*\*

By: /s/ Amanda Frazier
Amanda Frazier
Deputy Clerk
Phone: (267) 299-7177

Date: August 28, 2019

Copies:    Courtroom Deputy to Judge Anita B. Brody
             Docket Clerk - Case File

        Counsel:    Rebecca Ann Solarz, Esq.
                        Charles J. Schoefer, Pro se