IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-3822 |
| v. | : | |
| CHARLES J. SCHOEFER, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _29TH _ day of August, 2019, it is **ORDERED** that Defendant's Request for Additional Time to Find Counsel and Respond to Plaintiff's Motion for Summary Judgment (ECF No. 20) is **GRANTED**.  Accordingly, Defendant must file a response to Plaintiff's Motion for Summary Judgment **on or before September 30, 2019**.

                                                         s/Anita B. Brody

                                                     _____
                                                     ANITA B. BRODY, J.

Copies **VIA ECF** on   8/29/2019        COPIES VIA U.S. MAIL 8/29/2019

                                                    Charles J. Schoefer, pro se

                                                    327 Winona St., Philadelphia, PA 19144