IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Civil Action |
| Plaintiff | : | |
| **vs.** | : | |
| | : | |
| **CHARLES J. SCHOEFER,** | : | No. 18-cv-03822-AB |
| Defendant | : | |

## ENTRY OF APPEARANCE FOR DEFENDANT

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of the Defendant, Charles J. Schoefer.

Dated: September 12, 2019

*/s/ Irv Ackelsberg*
Irv Ackelsberg
LANGER, GROGAN & DIVER, PC
Three Logan Square, Suite 4020
1717 Arch Street
Philadelphia, PA 19103
(215) 320-5660
iackelsberg@langergrogan.com