# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br>　v.<br>CHARLES J. SCHOEFER<br>　　　　　　　Defendant | Civil Action No:  18-03822 |

## STIPULATION FOR DISMISSAL

　　　　We the attorneys for the respective parties, do hereby stipulate that Plaintiff and Defendant agree to discontinue and end without prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

　　　　　　　　　　　　　　　　　　　　　　　　  /s/Rebecca A. Solarz, Esq._____
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6309
　　　　　　　　　　　　　　　　　　　　　　　RSolarz@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　　　　　  /s/Irv Ackelsberg, Esq._____
　　　　　　　　　　　　　　　　　　　　　　　Langer Grogan & Diver, Pc
　　　　　　　　　　　　　　　　　　　　　　　Irv Ackelsberg, Esquire
　　　　　　　　　　　　　　　　　　　　　　　1717 Arch Street, Suite 4020
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　Tele:  (215) 320-5701
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (215) 320-5703
　　　　　　　　　　　　　　　　　　　　　　　iackelsberg@langergrogan.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant


## ORDER

**AND NOW,** this _____ day of _____, 2_____ **IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**